David R. McNamara, # 133302
Christina C. Tillman, # 258627
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants
SUN GARDEN-GANGI CANNING COMPANY, LLC,
dba TEASDALE QUALITY FOODS, and CHRISTINE HEIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY L. WILKINSON and TIFFANY ABARCA,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>SUN GARDEN-GANGI CANNING COMPANY, LLC, doing business as TEASDALE QUALITY FOODS, and CHRISTINE HEIN, an individual,<br><br>　　　　　　Defendants. | Case No.  1:11-CV-00348-LJO-DLB<br><br>**STIPULATION FOR DISMISSAL AND ORDER THEREON**<br><br>**Complaint Filed February 28, 2011** |

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

STIPULATION FOR DISMISSAL AND ORDER THEREON

Plaintiffs CINDY L. WILKINSON and TIFFANY ABARCA, through their attorney, Amanda B. Newell, Smith & Bryant, Inc., Fresno, California, and Defendants SUN GARDEN-GANGI CANNING COMPANY, LLC, dba TEASDALE QUALITY FOODS, and CHRISTINE HEIN, through their attorney David R. McNamara, McCormick Barstow, Sheppard, Wayte & Carruth LLP, Fresno, California, hereby stipulate that the above-captioned action shall be dismissed with prejudice.

Dated: August 18, 2011         McCORMICK, BARSTOW, SHEPPARD,
                                WAYTE & CARRUTH LLP

                                By:   /s/ Christina C. Tillman
                                        David R. McNamara
                                        Christina C. Tillman
                                      Attorneys for Defendants
                                   SUN GARDEN-GANGI CANNING
                                   COMPANY, LLC, dba TEASDALE
                                   QUALITY FOODS, and CHRISTINE
                                              HEIN

Dated: August 4, 2011                SMITH & BRYANT, INC.

                                By:   /s/ Amanda B. Newell
                                        Amanda B. Newell
                                      Attorneys for Plaintiffs
                                    CINDY L. WILKINSON and
                                        TIFFANY ABARCA

///
///
///
///

**ORDER**

Based on the above Stipulation of the parties hereto and good cause appearing therefor,

IT IS ORDERED that the above-captioned action of Plaintiffs CINDY L. WILKINSON and TIFFANY ABARCA is dismissed with prejudice. The respective parties shall each bear their own costs and attorneys' fees. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:  **August 19, 2011**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE