1  David R. McNamara, # 133302  (SPACE BELOW FOR FILING STAMP ONLY)
   Christina C. Tillman, # 258627
2  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
3  P.O. Box 28912
   5 River Park Place East
4  Fresno, CA  93720-1501
   Telephone:   (559) 433-1300
5  Facsimile:   (559) 433-2300

6  Attorneys for Defendants
   SUN GARDEN-GANGI CANNING COMPANY, LLC,
7  dba TEASDALE QUALITY FOODS, and CHRISTINE
   HEIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY L. WILKINSON and TIFFANY ABARCA,<br><br>            Plaintiffs,<br><br>v.<br><br>SUN GARDEN-GANGI CANNING COMPANY, LLC, doing business as TEASDALE QUALITY FOODS, and CHRISTINE HEIN, an individual,<br><br>            Defendants. | Case No.  1:11-CV-00348-LJO-DLB<br><br>**STIPULATION FOR DISMISSAL AND ORDER THEREON**<br><br>**Complaint Filed February 28, 2011** |

Plaintiffs CINDY L. WILKINSON and TIFFANY ABARCA, through their attorney, Amanda B. Newell, Smith & Bryant, Inc., Fresno, California, and Defendants SUN GARDEN-GANGI CANNING COMPANY, LLC, dba TEASDALE QUALITY FOODS, and CHRISTINE HEIN, through their attorney David R. McNamara, McCormick Barstow, Sheppard, Wayte & Carruth LLP, Fresno, California, hereby stipulate that the above-captioned action shall be dismissed with prejudice.

Dated: August 18, 2011    McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By:   /s/ Christina C. Tillman
David R. McNamara
Christina C. Tillman
Attorneys for Defendants
SUN GARDEN-GANGI CANNING COMPANY, LLC, dba TEASDALE QUALITY FOODS, and CHRISTINE HEIN

Dated: August 4, 2011    SMITH & BRYANT, INC.

By:   /s/ Amanda B. Newell
Amanda B. Newell
Attorneys for Plaintiffs
CINDY L. WILKINSON and TIFFANY ABARCA

///
///
///
///

**ORDER**

Based on the above Stipulation of the parties hereto and good cause appearing therefor,

IT IS ORDERED that the above-captioned action of Plaintiffs CINDY L. WILKINSON and TIFFANY ABARCA is dismissed with prejudice. The respective parties shall each bear their own costs and attorneys' fees. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **August 19, 2011**          /s/ Lawrence J. O'Neill
                                                                      UNITED STATES DISTRICT JUDGE